COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 December 21, 2016
 No. 10-16-00029-CR
 JOSE MANUEL PEREZ
 v.
 THE STATE OF TEXAS
 
 center-4254500
 From the 77[th] District Court
 Limestone County, Texas
 Trial Court No. 13542-A
 
--------------------------------------------------------------------------------
JUDGMENT

This Court has reviewed the briefs of the parties and the record in this proceeding as relevant to the issues raised and finds that there is error in the trial court's Judgment of Conviction (Count One) signed on January 19, 2016. Therefore, the judgment of the trial court is modified to reduce the amount of court cost from $674 to $669 by deleting the assessment of cost in the Bill of Cost for the release from jail fee. As modified, the judgment of the trial court is affirmed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court clerk for enforcement.
 PER CURIAM
 SHARRI ROESSLER, CLERK294576517462500
 
By: ___________________________
1101090736917500 Nita Whitener, Deputy Clerk